# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK BROWN,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 74247

**FILED**

JUN 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY _____
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order revoking probation and amended judgment of conviction. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Appellant's counsel has filed a motion to withdraw notice of appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. We treat the motion as seeking to voluntarily dismiss this appeal. Cause appearing, we grant the motion and

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.        _____, J.
Parraguirre                          Stiglich

18-23881

cc: Hon. Carolyn Ellsworth, District Judge
Mark Brown
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk